May it please the court, my name is Dominic Gentile. I'm an attorney from Las Vegas, Nevada. I'm here representing Southwest Advertising and Richard Serrano We received the call last Wednesday. I think I got it on Thursday, but To address the issue of mootness in this case And so I would like to focus my oral argument on the mootness issue But it's really impossible to do that without to at least some extent. We haven't asked you to focus exclusively You want to address it? Okay, good. Well, I'll interweave it in inextricably This case is not moot, but in order to get to that Conclusion you kind of have to take a look at the evolution of the case Of course we are here because the district court judge dismissed this case Finding that the federal courts lacked jurisdiction And then he had a secondary finding in there that there was a necessary party that had not been joint We disagree that the federal courts lacked jurisdiction. I Think we're going to demonstrate that and I think we have in the brief but with respect to the necessity of joining the Party, well that may not have been necessary Then I think that if this case is not moot it is necessary. Now, let me say why so I think you do. I think you do but let me let me tell you why The property right attached to the plaintiffs in this case under the original language of the ordinance, which was Not in any way unclear. It was as clear as a bell. Public ways were any place of any nature That were dedicated to use by public by the public for pedestrian travel This court in the Venetian versus the Culinary Union case Made a clear finding that the sidewalks that are abutted That where private property abuts a public sidewalk in Las Vegas, it is a public forum, but I'm gonna get right here inextricably intertwined mootness The county no longer requires a permit for what Serrano wants to do, but by doing that They have delegated. That's why they're necessary Judge Nelson by doing what they've done They have they have delegated the control of a public forum and the First Amendment activities on that forum To the private land holder. They have made that land holder by their inaction a state actor That is why they have to be joined up Why shouldn't it instead be a case where you've sued the public authority the public authority now says by the amended ordinance? Listen, we don't give permits. You don't need it from us Instead of sending it back to add the private landowner as a necessary party Why do you just go back and file a new suit against the private landowner because the original property right is not? Extinguished by the amendment of the ordinance the original language of the ordinance when you say original property, right? What property right to the right? I mean So the permit for the right at least for some period of time that is to say this isn't a damage action For you should have granted me a permit is why I was so afraid that you were gonna ask that question this morning I asked my client because I wasn't the lawyer at the at the original level. Why didn't you sue for damages? Yeah, this is only a post that aware that he had not sued for damages and that's typical of a client But there's a prospective relief case, right? I'm sorry. This is a prospective relief case. Well, I want a permit There is always that last paragraph that says whatever and all and everything else and whatever I didn't think of do the right thing Court At what point was the step was the ordinance amended? After the litigation commenced. I think the amendments were defect in November and I believe that the what is the term of these permits? I Don't know but my client is here if you want the end. No, no, it's not in the record I mean my question is are there lots of I? Yes, yes Regardless of the change in it is my understanding that they're they are payable annually But they are renewable infinitely And I say that that's my understanding not from reading the law but from my experience with respect to these issues I have never heard of a Permit not being renewed when the payment was made for the annual fee But of course given the amendment of the ordinance because a permit is no longer required for the private property Renewing or not renewing a permit that might previously have been granted. It's neither here nor there In the private property you still have a private in the private entity in this particular case It could be many That are going to then make a determination as to time place and manner Of a First Amendment right there can be no question that there's a First Amendment right involved there this court on two different occasions Addressed that issue and the county was a party in both of them the first one in SOC versus Clark County I think one of you were on that panel The County ordinance at that point wanted to prohibit leafleting, but they Acknowledged in the ordinance that if you had a news rack in the same place where you would have an individual It was okay to put that leaflet in a news rack They didn't want the individual standing there because there were too many of them and it was blocking pedestrian traffic in the second case the Venetian case the county was a party in that one and the county urged the court to find that the Sidewalks, although they were in front of the Venetian and on top of Venetian owned property were a public forum How can they now come in here and say that they're not a public forum? They are but what they've chosen to do is to delegate to the land owner the regulation of speech on that public forum They can do that walk is still the same that people are still walking the same way For all the same functions It's just that they've now said that that this belongs to the To the property. No, they haven't said it belongs to the property owner They said that because it's on top of private property They don't want to get involved in making a decision as to whether a news rack should go They're not contending that the public so wouldn't your claim if any be against the private land owner? I mean as is judge Fletcher said Use you were seeking declaratory relief you don't need anymore. You don't need a permit Now if and when a private land owner says off of my property, it's happened already Well, then it's not a year record and you can seek damages It's the it's the moteness problem The reason that I that this really needs to go back and to have the private land owners Made parties is because they are now acting as state actors at a minimum an evidentiary Hearing on that issue should take place and that's not for this court. Let me get this you did your position was that the property owner was not a Necessary party at the time you originally filed it But now that they've made the amendment and that the district court erred in holding that they were But that now that they've amended the ordinance the property owner is the district court did not entertain the question of moteness if Okay, and and at the time that the lawsuit commenced the ordinance Controlled all Sidewalks in of any place in any nature dedicated to use by the public for pedestrian travel. That was the plain language They then amended it Contending and I don't know that you can call that an amendment because they're saying that they that they Amended it to conform with the interpretation that they had a blank which that I don't think needed to be interpreted It was pretty clear. So they changed it. What they really did is they reenacted it? I have three cases and I apologize I know that the rules require but they say that you're supposed to do it a week before So when you tell me two days before it's hard to do a week before I have found three Cases that I would call to the court's attention and I could submit it in writing Later on today, but I would like to read them into the record Just the citations if it pleased the court if I'm permitted to do so Well, you may do that and you but you should also write them down I will obvious to the clerk and to your opposing I will Smith versus University of Washington Law School This case is the inverse of that. That's 233 fed third 1188 decided by this circuit in the year 2000 in this instance the conduct in Smith It was a voluntary cessation by the University of Washington and I know one of you was on that panel, but I just don't remember who and This court found that where the conduct has changed and there's no continuing violation then the case is moot That's not the situation here. The conduct has not changed and there is a continuing violation. This was really a Some more similar to Kammermeyer versus Perry 97 federal third 1235, which was decided by this court in 1996 In the in the ordinance before this court, this change was not a repeal But it was a new enactment attempting to clarify through new language that made it conform to a prior Interpretation that the county had and what I see is otherwise very clear language and therefore because it really is a Re-enactment a change in the law. This is not a moot case But what it did do and what I would agree with is that it does require now the joining of the landowner Along with the county because it is the county's responsibility at this point that the landowner is Dictating who may and may not say what on their property or above their property on a public forum Now if the county wanted to keep the ordinance the way it was to begin with I Don't think that the landowner needed to be there because it is a governmental function, but when the government decides As as we're doing a lot today we're privatizing a lot of what was formerly government activity when the government decides that it's going to allow the privatization of the determination of First Amendment rights and it's going to Give that decision-making power to someone with a huge bias There couldn't be a bigger bias Then it's responsible. So the proper parties in this case. Let me ask you the question I asked before but in a slightly different way I understand that in a sense I guess the doctrinal answer you gave me as to why you shouldn't be required simply to go back and file a new case simply Naming the private landowners the defendant If you could give me a practical answer, why don't you want to do that? what what practical difference is there between us remanding and Saying to the district judge, please join the private landowner on the one hand and on the other hand Dismissing this case as moot because we say well the county doesn't require the permit You simply then go file a suit naming the private landowner as the defendant. What's the practical difference for you? It's my way of thinking at least and you know, maybe I'm oversimplifying it but it's the most simple of reasons and that is that I Have a concern that the attachment of the right the original right to have the news racks there Is going to go back to that district court and that district court is still going to say that there's no federal Jurisdiction because there was no right to begin with that needs to be decided on a more developed record I'm not I'm not sure. I understand. Why can't this happen if you're simply filing suit against the private landowner? You'd have to have the county as a party and you'd still have to call and why do you need the county as a party? If you're not now that we have the amendment of the ordinance because for all practical respects I hate to use the word conspiracy because it's taken on a meaning that I don't mean they're vast right-wing conspiracy last night She said there wasn't a conspiracy. There was just some sort of an understanding or agreement Oh, well, my my point is that the private landowner would not be in the position of exercising governmental rights, but for the government Delegating them by their inaction, but in 1983 would really require the joining of both the county and the private Private party slash state. Well, that may or may not be right And if it would require under the current Circumstances once you filed suit against the private landowner the joining of the county as an indispensable party I guess the district judge can decide that question But as I understand it your claim is that these are public thoroughfares and that the county can't simply say because it belongs to the because the Maintenance of these things is up to the casinos. We don't no longer have to treat them as public thoroughfares at all and you say that the Venetian sort of supported that position with respect to walking and That the same should be true with respect to these correct, any person were just to sue the The landowner you wouldn't have your claim that this is a public thoroughfare that that has a State obligation to let these things said I wish I had said it that way That's it and then the district court never reached that no they hadn't and that's the problem and as it stands right now if you're Going to send it back to be dismissed at all as moved and I think he has to at a minimum vacate the the order that I'm still not understanding. Why we why why you are conceding that the landowner has to be a You're conceding it out of the amendment. I'm not only conceding it had we not Had I come into this case as lawyer in the district court Post amendment I would have joined them I Would have joined them because I want them to be in contempt when they violate the order and how am I going to do that? If they're not a party Let me make sure I understood properly and I think I just want to make it clear in the event that we might choose To hold that it is now moot I'm hearing you asking under Munsing where for a vacation of the district court's order I Think your answer is yes, okay, I Don't know what Munsing where is that? Munsing where it says if you want to get rid of the lower court order when the appellate court finds its appeal that it is Moot you have to ask for it. You just ask for it. I just ask okay, and I'm yellow now, so I'm gonna hold up, okay Thank you Morning I gather from that conversation or some order saying you wanted a certain topic addressed. I didn't get the order. I'm sorry You probably get a hint from our earlier conversation with your opposing counsel what we wanted to just well I yeah in responding to that to first of all We Decided the cases in a brief when they talk about their basis for federal jurisdiction supposedly that they applied for these news rack permits and that under the statute or the local ordinance the Language was so clear that they're entitled to it that it was strictly a ministerial act for us to issue these news rack permits and therefore They had a property right at that point You notice in their briefs and they did it in district court to over and over again They use these dot dot dot they delete a couple words out of the ordinance. That is important the news rack ordinance As it read was a public right-of-way means a place of any nature which is dedicated to use by the public for pedestrian and vehicular travel We've amended that since to say or and sidewalks if they're The complaint as having anything to do with the First Amendment No, they're couching in terms of First Amendment But it's it's a writ of mandate is what they're seeking and that's what we went through at the district court level We have in the state of Nevada and California, too if you have An ordinance that requires the issuance of a permit you meet all the qualifications of it You go down the district court. They interpret the state district court They interpret the statute or the ordinance and mandate the issuance of a permit they it takes 60 to 90 days at the most and we brought that up their entire case here whether there's a property right or Whatever rights they have doesn't depend on the interpretation of the First Amendment we in the It doesn't depend on whether this is a public forum. I grant you it's a public forum. I mean when When the Venetian case, so why don't they have that why haven't they stated a claim that as a public forum They have a right to put up these newsstands that these these things that give out information Maybe they don't have a right, but you know It may be that they lose but don't haven't they stated a claim for that We have in Clark County thousands and thousands of miles of sidewalks publicly owned and privately owned Only you know like a small percentage of those do we even regulate it we restrict there That's not we're not the right to put a news rack out there comes from the Constitution Of the United States it doesn't come from by grace of a county ordinance The county doesn't grant them the right to put it out there. We restrict them as all this news rack Ordinance does when we it allows six racks in a row Every 600 feet and before we did this there were you know hundreds of them in a row out there on Vegas Boulevard And we had real trouble with pedestrian traffic with your pedestrians crossing Street getting Landlocked on the street. It was a real problem. So we've restricted it to six It's not granting a right is restricting their rights out there. It's a place and manner restriction I Think so what what we claimed and what the court found was we're not restricting them at all here This is they're saying we're wrong for not abridging the press out there. I mean I've never heard such an argument. That's what their basis of the claim is We should abridge the press on these private sidewalks and only allow People with permits out there right now. We're saying you don't need a permit It's like if somebody showed up and asked for a liquor permit And we said you don't need a liquor permit out there. The only place we permitted is or need a permit is right there In a residential area, but the rest of town go ahead They're saying but I don't want to open a bar without a permit I mean is me prior to the amendment of the ordinance It seemed to me that the ordinance could quite easily be read to require a permit on The amendment of the ordinance it seems to me impossible to read the ordinance that way My question to you is the question that we basically had through the first half of this argument is why doesn't the amendment of the ordinance? make this case moot I Said in the district court and I say it here. It does make it moot the permits under the code are good for one year There are for business for renewing it But if we we have a right to revoke the entire news rack code, we don't have to read strict news racks We don't have to regulate them. We can allow true free press if we want So the end amendment says Listen, you don't need anything out of us you as far as we're concerned. You can put a thousand of them out there That's the current state of the law They can there's no ordinance restricting them whatsoever and what they want is for us to be their handmaidens and force a private property owner to take these on her property and The private property owners are also the ones that would have been restricted by this if we had this code apply to the private Why isn't your argument the same then with respect to? The walking so we're not stopping anybody from walking or from picketing or from doing anything on these sidewalks It's the private landowner. So therefore you don't have any Claim why is my argument in this case? You mean? Yeah. Well, what is is your argument the same as the argument? I just said Well When the Venetian case, yeah All right, well any activity no in the Venetian case you were on that panel you ruled that since there is an express grant of a right of I Don't know if it was easement or just right of access for pedestrians and these picketers were pedestrians on these So they're carrying signs. Also, they are still just Transitory they're pedestrians and they're they're right and that's what we advise the police my office told them don't arrest that property owner wants to go out and arrest those picketers and we said there's a real issue there on whether they have First Amendment rights the When it comes to Placing a permit structure out there though. That's a different matter. We've cited cases, you know Loretto and the rest of them It's it's a different matter. So it's not public forum for all reasons, I mean But there are issues here, right but my problem is the district court said there's no subject matter jurisdiction Right and but as far as the issues the First Amendment issues go, I'm willing to stipulate here now, you know for the purpose of this motion It was a very narrow motion. You know, is there subject matter jurisdiction? Are there indispensable parties here and Assume for the motion. This is a public forum just as declared in by this court in the Venetian case But public forum as we've seen in other cases doesn't mean you have a right to physically intrude someone else's space That goes to what the merits of the claim Right and doesn't go to subject. Well, no it well it goes for the purpose of this motion. There are parties out here who would be Raising that issue the private property owners the real estate owners and that's why they're indispensable parties They may have rights in a suit That are enforceable under state and federal laws As I understand opposing counsel's argument and by the way on these orders, not only are the orders filed But the clerk's office is directed to call the offices of the lawyers involved and you might want to check with your own office As to whether a call came in but back to them. Let's assume there is jurisdiction The question goes back to why is in this mood as I understand opposing counsel It's not moot because the party the county is essential because it's permitting Private landowners to control a public forum. What is your response to that? We are not I mean Again, the the right to free press comes from the Constitution not from a county fiat I mean what they suppose if private landowners has no news racks on my property, right? Sues are you an indispensable party in your eyes? I don't see what we can do I mean if because you we are not regulating them So the court could not order us to issue permits out there because the county government has not stepped in and said you need a permit Out there. Okay. I understand your so what you know, you can make us a party I'll be standing there saying we don't care judge. I mean It's between the well except that they go file a new lawsuit they may ask for damages and that might make a different case That could happen, but they don't number one. They don't fit the ordinance the old definition either there's In this case you have a parcel land that is dedicated only to pedestrian traffic. See The old definition was it had to be dedicated which is a term of art We use in all city and county things when you dedicate property for a roadway That means it's deeded. It's given to the government entity for that purpose. These things are not Dedicated they aren't it's not dedicated property number one. And that's the parlance. I guess the karma pollen said Some people didn't get and that's why we had this a mandatory language and it was in the works way before The suit was filed a look at our answer in this complaint. It said one of our Part of this motion was why don't you abstain from ruling until we do this ordinance? It's already underway But on this private property It's only dedicated to pedestrian traffic the definition within The Newsrat code says it has to be on a parcel is dedicated to vehicular and pedestrian traffic In other words a regular street where the street and a publicly owned sidewalk next to it out here we expand it out to the limits of the public right-of-way this the roadway and they made them put on these Access ways public walkways or private walkways But it's a separate parcel. It's not a parcel is dedicated to vehicular and Pedestrian traffic. It's you have one that's dedicated to vehicular and another parcel dedicated to pedestrian So they don't fit the code even if you if you're going to go into this very technical interpretation of theirs they don't fit it And that's attached to our brief you have the the old and the new Newsrat language there the code Anyway on the jurisdictional issue, they are not claiming that The Newsrat code is invalid. They're not trying to hold an unconstitutional. They're simply trying to enforce it as they interpret it That's a straight state law written mandamus kind of thing And that's what we were making Our motion based upon in the district court, I Don't really have a lot to add to the several we send a brief Yeah, basically that's it we're not really impressed Thank you My adversary just said we can allow a true free press. I'd say I wish they would but here's what's real. I agree That the for purposes of this case that that the city and the costuming the county can regulate Differently on on Ground that they own or not even differently, but can regulate on ground that they own and can delegate the regulation to the private land owner on The public forum that goes over that property, but in order to do that Even if the private land owner Operates in an unbiased fashion He's he or she or it still has to comply with First Amendment time place and manner Requirements and that's exactly what isn't happening here And that's exactly why they need to be a party and that's exactly why it has to go back Just one last question How does your client have assuming everything you say is true? How does your client have any standing? What the wrecks They wouldn't he is the one who applied for the racks before longer needs the permit. That's clear So what injury has he served? Again, what's not clear because this never got past the pleading stage? Is that subsequent to the amendment and I'm now talking outside the record, but yeah But I need to say it subsequent to the amendment they did place my client did place Rex on this public forum On the ground that abuts the private property and the security departments of those Properties have been confiscating their action throwing them out and that's why he's got standing if it's a public forum He's got First Amendment standing But that's not necessarily why he is standing against the county we are standing against the private land owner He had standing against the county because the county is ultimately Responsible for the activities of the landowners when the county chooses to regulate to the north and to the south of that sidewalk But delegate the regulation to the landowner. That's that's Complicity the county is has complicity there Anything else, thank you very much. Thank you. It's just argued is submitted for decision
judges: Schroeder, Dw Nelson, W. Fletcher